FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 3 1 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIAN STACKHOUSE,

    Defendant.

CASE NO. CR 07-5092

DETENTION ORDER

Offenses charged:

    Count 1 - Depredation against property of United States, under $1,000

    Count 2 - Trespass on Government property

Date of Detention Hearing: 07/31/08

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

07-CR-05092-OBJ

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant failed to appear on these charges on March 3, 2007, in response to a notice, and then on April 4, 2007 in response to a summons. The warrant issued that day has been outstanding for over 15 months.

(2) He is 19 years of age. His mother resides in Guam and his father in Kentucky. Defendant reports he lives with a friend in Bremerton.

(3) He was convicted of theft of a firearm in 2006 and of theft of a motor vehicle in June of 2008.

(4) The Washington State Department of Corrections advises he has a history of noncompliance, including violations of failing to report, failing to notify of a change of address, failing to complete mental health counseling, and positive urinalysis for marijuana in May of 2008. They also report he has a history of absconding from supervision.

(5) Defendant was not interviewed by the pretrial services officer because authorization was not obtained from defense counsel.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 31 day of July, 2008.

JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)